Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0851

Ron M. Shiver v. Aristo-ER-Anniston, LLC; Aristo-ER-Coosa Valley, LLC; and Aristo-ER-Jacksonville, LLC (Appeal from Jefferson Circuit Court: CV-17-903777).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Mendheim, and McCool, JJ., concur.